AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 19, 2023**

SEAN F. McAVOY, CLERK

JONATHAN BROOKS HAWKINS )
_____ )
_Petitioner_ )
v. )  Civil Action No.  2:22-CV-00225-SAB
)
MELISSA ANDREWJESKI )
_____
_Respondent_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:  Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is DENIED. Judgment entered in favor of Respondent.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Stanley A. Bastian _____ on Petitioner's Petition for Writ of Habeas Corpus.

Date:  4/19/2023 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
_(By) Deputy Clerk_

Ruby Mendoza
_____